1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.725.7700
   Facsimile: 314.721.0905
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND<br>13  PRODUCT LIABILITY LITIGATION | Case No. : 08-1854 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
|---|---|
| 14 ——————————————————————<br>15  Carol Mae Greene, et al.,<br>16                                    Plaintiffs<br>17  vs.<br>18  Pfizer Inc. et al.,<br>19                                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

20

21      Come now the Plaintiff Carol Mae Greene in the above-entitled action and Defendants,

22  by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

23  41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff

24  named herein only with each side bearing its own attorneys' fees and costs.

25

26

27

28

-1-

| | | |
|---|---|---|
| DATED: 1/15, 2010 | By: | *[signature]* |

John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905

*Attorneys for Plaintiffs*

DATED: 1/27, 2010    By: *[signature]*

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

*[signature]*
Hon. Charles R. Breyer
United States District Court

-2-